IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE E. THOMAS,** | : | Civ. No. 1:21-CV-1040 |
| | : | |
| v. | : | |
| | : | |
| **TRANSCORE, LP et al.** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 30th day of March, 2022, upon consideration of the motion to remand filed by Plaintiff Julie E. Thomas (Doc. 17) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

I. Plaintiff's motion for remand is **DENIED** without prejudice;

II. Plaintiff is **GRANTED** 45 days from the date of this order to conduct discovery on the limited issue of whether she can satisfy the citizenship require for remand pursuant to § 1332(d)(4)(B);

III. Plaintiff may re-file her motion for remand no later than 21 days after the close of the discovery period;

IV. Defendants' outstanding motions to dismiss (Docs. 9-10) are **DENIED** without prejudice to their right to re-file the motions in the event the court does not decline to exercise jurisdiction.

                                        s/Sylvia H. Rambo
                                        Sylvia H. Rambo
                                        United States District Judge