IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE E. THOMAS (ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,** | : Civil No. 1:21-CV-01040 |
| Plaintiffs, | : |
| v. | : |
| **TRANSCORE, LP and PENNSYLVANIA TURNPIKE COMMISSION,** | : |
| Defendants. | : Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this    day of August, 2024, upon consideration of Defendants' motions to dismiss (Docs. 48, 50) for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. COUNT I is **DISMISSED without prejudice**;

2. COUNT II is **DISMISSED without prejudice**;

3. COUNT III is **DISMISSED without prejudice**;

4. COUNT IV is **DISMISSED with prejudice**;

5. COUNT V is **DISMISSED with prejudice**;

6. COUNT VI is **DISMISSED with prejudice**;

7. COUNT VII is **DISMISSED with prejudice**;

8. COUNT VIII is **DISMISSED without prejudice**; and

9. Plaintiff is granted leave to amend within thirty days of this order.

**IT IS SO ORDERED.**

/s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
